# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARL LEE ANDREWS, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-09-1178-R ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach, recommending that the decision of the Commissioner be reversed and the action be remanded for additional proceedings. Doc. No. 23. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED and the decision of the Commissioner is hereby REVERSED and this matter is REMANDED FOR ADDITIONAL PROCEEDINGS..

IT IS SO ORDERED this 16th day of September 2010.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE